WEIL, GOTSHAL & MANGES LLP
Attorneys for the Reorganized Debtors
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Martin J. Bienenstock (MB 3001)
Brian S. Rosen (BR 0571)
Melanie Gray (*Pro Hac Vice*)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------------ x | | |
| | : | |
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **ENRON CREDITORS' RECOVERY CORP.** | : | **01-16034 (AJG)** |
| **f/k/a ENRON CORP.,** *et al.,* | : | |
| | : | **Jointly Administered** |
| Reorganized Debtors. | : | |
| ------------------------------------------------------------ x | | |

**DESIGNATION OF ADDITIONAL ITEMS FOR**
**INCLUSION IN THE RECORD ON APPEAL**

Appellees Enron Creditors' Recovery Corp. f/k/a Enron Corp., et al., hereby

designate, in accordance with Rule 8006 of the Federal Rules of Bankruptcy Procedure,

the following items for inclusion in the record on appeal in addition to the items

previously designated by Appellant Standard Bank London, Limited.

| | |
|---|---|
| 9. | Motion of the Debtors For An Order Pursuant To Bankruptcy Rules 2002(a)(7), 2002(l), and 3003(c)(3) Establishing Deadlines For Filing Proofs of Claim And Approving The Form And Manner of Providing Notice Thereof (July 31, 2002) (Docket No. 5492) |
| 10. | Order Pursuant to Bankruptcy Rules 2002(a)(7), 2002(l), and 3003(c)(3) Establishing Deadlines For Filing Proofs of Claim And Approving The Form And Manner of Providing Notice Thereof, July 31, 2002 (Aug. 1, 2002) (Docket No. 5518) |
| 11. | Affidavit Of Mailing And Service of Bankruptcy Services LLC (Aug. 27, 2002) (Docket No. 6197) |

| 12. | Order Confirming the Supplemental Modified Fifth Amended Joint Plan of Affiliated Debtors Pursuant To Chapter 11 of the United States Bankruptcy Court (July 15, 2004) (Docket No. 17959) |
|---|---|
| 13. | Proof of Claim filed by Standard Bank London against Enron North America Corp. (October 10, 2002) (Claim No. 13075) |
| 14. | Proof of Claim filed by Standard Bank of London, Limited against Enron North America Corp. (Feb. 9, 2004) (Claim No. 24625) |
| 15. | Proof of Claim filed by Standard Bank of London, Limited against Enron Corp. (Feb. 9, 2004) (Claim No. 24626) |
| 16. | Proof of Claim filed by Kinder Morgan, Inc. against Enron North America Corp. (October 15, 2002) (Claim No. 15279) |
| 17. | Proof of Claim filed by Kinder Morgan, Inc. against Enron North America Corp. (October 15, 2002) (Claim No. 15271) |
| 18. | Stipulation And Order Regarding Kinder Morgan, Inc.'s Motion To Allow Late Filed Claim Or Alternatively, Motion For Leave To Amend Proof Of Claim (May 20, 2004) (Docket No. 18492) |
| 19. | Memorandum Decision and Order Denying Midland Cogeneration Limited Partnership's Motion to Amend a Proof of Claim or to Permit a Late-Filed Proof of Claim Based on Excusable Neglect (Sept. 17, 2003) (Docket No. 12807) |
| 20. | Opinion Denying Spinnaker Exploration Company, L.L.C.'s Motion For (1) Leave to File a Late Proof of Claim, and (2) Alternate Relief Sought (Jan. 31, 2007) (Docket No. 30732) |
| 21. | Opinion Denying Enterprise Products Operating L.P.'s Motion For (1) Leave to Amend Proof of Claim, And (2) Leave To File Late Proof of Claim (Feb. 23, 2007) (Docket No. 30807) |

Enron Creditors' Recovery Corp. reserves the right to amend this Designation of Additional Items for Inclusion in the Record on Appeal.

Dated: August 17, 2007
      New York, New York

                         Respectfully submitted,

                         WEIL, GOTSHAL & MANGES, LLP

                         By:  *s/ Melanie Gray*
                         Martin J. Bienenstock (MB 3001)
                         Brian S. Rosen (BR 0571)
                         Melanie Gray (*Pro Hac Vice*)
                         767 Fifth Avenue
                         New York, New York 10153
                         Telephone:  (212) 310-8000
                         Facsimile:  (212) 310-8007

                         ATTORNEYS FOR APPELLEES ENRON CREDITORS' RECOVERY CORP., et al.