BATTS, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/19/07

| | |
|---|---|
| IN RE:<br><br>ENRON CREDITORS' RECOVERY CORP., *et al.*,<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 01-16034 (AJG)<br><br>Jointly Administered |
| STANDARD BANK OF LONDON, LIMITED,<br><br>Appellant,<br><br>vs.<br><br>ENRON CREDITORS' RECOVERY CORP., *et al.*,<br><br>Appellees. | S.D.N.Y. No. 1:07-cv-7759-DAB |

### STIPULATION AND ORDER EXTENDING TIME TO FILE BRIEFS

Appellant Standard Bank London, Limited ("Standard Bank") and Appellees Enron Creditors' Recovery Corp., *et al.* ("Enron") now come before this Court to respectfully request this Court's approval of the Revised Scheduling Order printed below, and represents as follows:

WHEREAS, on August 31, 2007, the above-referenced appeal was docketed by the Clerk of the Court for the Southern District of New York;

**Original Dates**

WHEREAS, Standard Bank is to file its brief, as provided by Fed. R. Bankr. P. 8009(a)(1), on September 20, 2007, in accordance with the docket;

WHEREAS, Enron is to file its response brief, as provided by Fed. R. Bankr. P. 8009(a)(2), on October 5, 2007;

60016580_1.DOC

WHEREAS, Standard Bank is to file its reply brief, as provided by Fed. R. Bankr. P. 8009(a)(3), on October 16, 2007;

### No Previous Requests for Extensions

WHEREAS, there are no previous requests for adjournment or extensions of time for the above-referenced appeal;

### Consent Among the Parties

IT IS HEREBY STIPULATED AND AGREED, by and between Standard Bank and Enron, that:

### Revised Scheduling Order

1. Standard Bank's time for filing its brief in the above-referenced appeal, as provided by Fed. R. Bankr. P. 8009(a)(1), shall be extended to, and include, October 5, 2007, pursuant to Fed. R. Bankr. P. 9006(b);

2. Enron's time for filing its response brief, as provided by Fed. R. Bankr. P. 8009(a)(2), shall be extended to, and include, November 5, 2007, pursuant to Fed. R. Bankr. P. 9006(b);

3. Standard Bank's time for filing its reply brief, as provided by Fed. R. Bankr. P. 8009(a)(3), shall be extended to, and include, November 21, 2007, pursuant to Fed. R. Bankr. P. 9006(b);

4. This Stipulation is without prejudice to either party seeking, via stipulation or motion, a further enlargement of the foregoing time periods;

<pre>
                                                                                        3
</pre>

Counterparts

5. A facsimile signature shall be treated as an original signature, and this Stipulation may be executed in counterparts, each of which shall constitute an original.

Dated: New York, New York  
September 7, 2007

HUGHES HUBBARD & REED LLP

By: *[signature]*  
David W. Wiltenburg, Esq.  
Daniel S. Lubell, Esq.  
One Battery Park Plaza  
New York, New York 10004  
(212) 837-6000

Attorneys for Appellant  
Standard Bank London, Limited

Dated: New York, New York  
September 7, 2007

WEIL, GOTSHAL & MANGES LLP

By: *[signature]*  
Martin J. Bienenstock, Esq.  
Brian S. Rosen, Esq.  
Melanie Gray, Esq.  
Eleanor H. Gilbane, Esq.  
767 Fifth Avenue  
New York, New York 10153  
(212) 310-8000

Attorneys for Appellees  
Enron Creditors' Recovery Corp., *et al.*

Dated: New York, New York  
September 10, 2007

SO ORDERED:

*[signature]*  
Deborah A. Batts  
United States District Judge

<pre>
60016580_1.DOC
</pre>