USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 4, 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>ENRON CREDITORS' RECOVERY CORP., *et al.*,<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 01-16034 (AJG)<br><br>Jointly Administered |
| STANDARD BANK OF LONDON, LIMITED,<br><br>Appellant,<br><br>vs.<br><br>ENRON CREDITORS' RECOVERY CORP., *et al.*,<br><br>Appellees. | S.D.N.Y. No. 1:07-cv-7759-DAB |

### STIPULATION AND ORDER GOVERNING APPEAL

Appellant Standard Bank Plc ("Standard Bank") and Appellees Enron Creditors' Recovery Corp., *et al.* ("Enron") hereby stipulate and agree as follows:

1. All deadlines contained in the Stipulation and Order Extending Time to File Briefs entered by the Court on September 19, 2007 are adjourned *sine die* pending further agreement between the parties.

2. This Stipulation is without prejudice to either party seeking via stipulation, motion or otherwise a modification at any time of the provisions contained herein.

3. A facsimile signature shall be treated as an original signature, and this Stipulation may be executed in counterparts, each of which shall constitute an original.

~5764010.DOC

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
     October 5, 2007

HUGHES HUBBARD & REED LLP

By: _____
    David W. Wiltenburg, Esq.
    Daniel S. Lubell, Esq.
One Battery Park Plaza
New York, New York 10004
(212) 837-6000

Attorneys for Appellant
Standard Bank Plc

Dated: New York, New York
     October 2, 2007

WEIL, GOTSHAL & MANGES LLP

By: _____
    Martin J. Bienenstock, Esq.
    Brian S. Rosen, Esq.
    Melanie Gray, Esq.
    Eleanor H. Gilbane, Esq.
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

Attorneys for Appellees
Enron Creditors' Recovery Corp., *et al.*

Dated: New York, New York
     October __, 2007

SO ORDERED:

_____
Deborah A. Batts
United States District Judge

SO ORDERED

-5764010.DOC