USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: Jan 10 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>ENRON CREDITORS RECOVERY CORP., *et al.*,<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 01-16034 (AJG)<br><br>Jointly Administered |
| STANDARD BANK OF LONDON, LIMITED,<br><br>Appellant,<br><br>vs.<br><br>ENRON CREDITORS RECOVERY CORP., *et al.*,<br><br>Appellees. | S.D.N.Y. No. 1:07-cv-7759-DAB |

## STIPULATION AND ORDER OF WITHDRAWAL OF NOTICE OF APPEAL

Pursuant to Rule 8001(c)(2) of the Federal Rules of Bankruptcy Procedure, Appellant Standard Bank Plc ("Standard Bank") and Appellee Enron Creditors Recovery Corp., *et al.* ("Enron") hereby agree that Standard Bank's Notice of Appeal to the United States District Court for the Southern District of New York, dated July 30, 2007 and filed on this Court's docket on August 31, 2007 [Docket No. 1], from (i) the Order Granting Reorganized Debtors' Objection to Standard Bank Amended Proof of Claim No. 24626, dated July 20, 2007, and (ii) the underlying Opinion Granting Reorganized Debtors Objection To Standard Bank London Limited's Amended Proof of Claim No. 24626, dated June 13, 2007, is hereby withdrawn, and that this appeal should be dismissed as against Enron with prejudice.

Dated: New York, New York  
      November 27, 2007

HUGHES HUBBARD & REED LLP

By: _____  
    David W. Wiltenburg, Esq.  
    Daniel S. Lubell, Esq.  
    One Battery Park Plaza  
    New York, New York 10004  
    (212) 837-6000

Attorneys for Appellant  
Standard Bank Plc

Dated: New York, New York  
      November 19, 2007

WEIL, GOTSHAL & MANGES LLP

By: _Eleanor Gilbane_  
    Martin J. Bienenstock, Esq.  
    Brian S. Rosen, Esq.  
    Melanie Gray, Esq.  
    Eleanor H. Gilbane, Esq.  
    767 Fifth Avenue  
    New York, New York 10153  
    (212) 310-8000

Attorneys for Appellees  
Enron Creditors' Recovery Corp., *et al.*

Dated: New York, New York  
      November ___, 2007

SO ORDERED:

_Deborah A. Batts_ 1/8/09  
Deborah A. Batts  
United States District Judge

2